**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ARTHUR VEGA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>GREEN ROSE GREEN LEAF CARE, INC. d/b/a THE JOINT,<br><br>*Defendant*. | Case No. 8:21-cv-01331-CJC-ADS<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Arthur Vega, and Defendant, Green Rose Green Leaf Care, Inc. d/b/a The Joint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Arthur Vega, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Respectfully submitted,

Dated: January 10, 2022

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff*

By: *Konstadinos T. Moros*
**MICHEL & ASSOCIATES, P.C.**
Konstadinos T. Moros (CA Bar No. 306610
180 East Ocean Blvd., Suite 200
Long Beach, California 90802
Telephone: 562-216-4444
kmoros@michellawyers.com

*Counsel for Defendant*

2
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I served the foregoing by email on all counsel of record.

*/s/ Scott Edelsberg.*
Scott Edelsberg, Esq.
CA Bar No. 330990

3
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**